# Exhibit B:
# Hearing excerpts on Property Taxes
# Hearing excerpts on Disability

1    THE COURT: Well, yeah, I would say 10 days. You
2    should have that paid within ten days.
3        MR. SHELNUTT: What about my attorney's fees,
4    Judge?
5        THE COURT: I was going to ask them -- because you
6    were -- you suggested paying a certain amount.
7        MR. SHELNUTT: Judge, I'll be gad to submit a
8    monthly bill, as long as he'll pay it within 10 days of
9    the receipt of the bill, I can do that. But I would
10   ask for at least 5,000 up front.
11       THE COURT: That seems fair. Doesn't that seem
12   fair, Ms. Gordon?
13       MS. GORDON: Well, I'll tell you what, my client
14   doesn't have 5,000 up front. But the rest of it seems
15   fair or you know, I just -- he doesn't have it.
16       THE COURT: But he needs to...
17       MR. SHELNUTT: I'm willing to...
18       THE COURT: I don't know, he's got boats, cars,
19   whatever; he needs to sell something. He has to get
20   it.
21       But, again, when you come to court and you're
22   asking for something, you need to have all your ducks
23   in a row. You need to have your paperwork right. You
24   need to have what you're supposed to have, so the Court
25   can look at it and make sense out of it.

```
 1      A    Carols Medical Center; Charlotte, North Carolina.
 2      Q    And what year did you have that done?
 3      A    2008.
 4      Q    Now, you remember that, but if I asked you, How
 5   much did the surgery cost, can you remember that?
 6      A    I have no idea.
 7      Q    Okay.  So it doesn't affect your ability to
 8   remember dates?
 9      A    It affects certain things with certain numbers; I
10   can't help that.
11      Q    Okay.  Are you current on your child support, sir?
12      A    I am.
13      Q    Okay.  Have you gone to the court and gotten a
14   copy of your case history on child support?
15      A    Yes.
16           MS. GORDON:  Your Honor, I'd like to submit to the
17   Court a certified copy from downstairs of the current
18   child support.
19           THE COURT:  Show it to Mr. Shelnutt.
20           MR. SHELNUTT:  Sure.
21           MS. GORDON:  It's three pages.  And one is the --
22   the top is, I think, August, and the bottom is more
23   stuff.
24           MR. SHELNUTT:  I don't have any objection
25   whatsoever.
```

```
 1    BY MS. GORDON:
 2         Q    Was there an occasion when you learned that there
 3    was a payment missing.
 4         A    There's been two occasions.
 5         Q    All right.  Tell me about that.
 6         A    The first occasion was after I had my brain
 7    surgery.  I didn't have my disability; I was limited on
 8    money.  And I was behind three payments to Lori, and she was
 9    understanding of that.  Apparently, I wasn't three, I was
10    four months.  I wrote her a check for three, thinking I
11    covered her, but I should have covered for four.  So she
12    filed a complaint with the state, and the state came at me
13    saying I had never paid her child support.
14              MR. SHELNUTT:  Objection; hearsay.
15              THE COURT:  Sustained.
16              MS. GORDON:  Let's go to the recent stuff.
17    BY MS. GORDON:
18         Q    Was there a time in very recent history that you
19    -- you've been mailing your payments, correct?
20         A    I have.  There was a check that got lost once.
21    And then recently, apparently, a check got there two weeks
22    late but the next month's check -- I mailed both checks
23    together but the next check got there with that check -- one
24    was two weeks late, one was two weeks early -- and somehow
25    or another, things went crazy.
```

1    Q    You're up to date as of today?

2    A    I've been up to date.

3    Q    And when did you make the last payment?

4    A    The last payment -- the payment for September, I
5    put in the mail last week. And because of this glitching, I
6    was advised by DCF...

7         MR. SHELNUTT: Objection; hearsay.

8         THE COURT: Sustained.

9    BY MS. GORDON:

10   Q    Have you gotten Regions Bank to automatically pay
11   your child support?

12   A    Right. That's what I was advised to do to avoid
13   these issues.

14   Q    On the 15th of every month, it seems to say they
15   assess you, so you won't assessed until the 15th; is that
16   correct?

17   A    September has already been paid.

18        MS. GORDON: Okay. I have nothing further, Your
19   Honor.

20        MR. SHELNUTT: May I see that?

21                    REDIRECT EXAMINATION

22   BY MR. SHELNUTT:

23   Q    So Dr. Overcash, you cannot remember specific
24   numbers, but you choose not to bring bank statements to
25   show, we can get a true indication, of what you actually

```
 1        Q    And she trains over at Hits with a lady, a British
 2   lady, and that's what she does several days a week?
 3        A    Yes.
 4        Q    Okay.  Would you like to be able to continue doing
 5   that for the child?
 6        A    Yes.  Natasha loves this.
 7        Q    And have you put some of that on credit cards?
 8        A    I have.
 9        Q    Have you paid for that, you know, by check and
10   paid other things by credit cards just to continue doing
11   that?
12        A    Yeah.
13        Q    All right.  So pretty much at the end of the
14   month, how much of that $12,000 is left over after paying
15   all the things that we discussed?
16        A    Well, those things you discussed, I guess I'll
17   have a couple hundred bucks left over.  But the other
18   expenses that we didn't go over, I'm negative.
19        Q    How are you dealing with that negative?  How have
20   you been making it with all of these expenses?
21        A    Well, that's why I don't have any money left, and
22   that's why I've asked friends to help me.  That's why I've
23   had friends take over things.  That's why I have met with --
24   blank on his name because he reminds me -- that's why I met
25   with Mr. Cartwright for chapter -- bankruptcy.
```

1  Q   Let me ask you this:  If you lose your medical
2  license by failing to pay that $32,000, does that give your
3  disability company -- the insurance company the right to
4  say, Well, you're no longer working as a doctor, and they
5  won't pay you anymore?
6  A   It doesn't.  The problem of it is is that
7  disability ends in a few years and I'm supposed to be
8  putting some money back for my future out of that.
9  Q   Okay.  When does the disability end?
10 A   It ends when I turn 65.
11 Q   What happens with the disability this month?  Have
12 they set it up for review?
13 A   They set it up for review, and my attorney out of
14 Fort Lauderdale handles it.
15 Q   So it's a disability attorney?
16 A   Yes.  Jake -- whatever his name is.
17 Q   And they work on a contingency?
18 A   They do.
19 Q   So you haven't paid them anything?
20 A   I owe them presently, I don't know, over a
21 thousand dollars.
22 Q   And do you pay that out of your disability when
23 you get it?
24 A   I do.  And what they've asked me to do now --
25     MR. SHELNUTT:  Objection; hearsay.

1        A     -- to pay their bill.
2              THE COURT:   Sustained.
3   BY MS. GORDON:
4        Q     **Are there any other attorneys that you owe money**
5   **to?**
6        A     There is another attorney that I owe money to.
7        Q     **Who's that?**
8        A     I can't.  He's an attorney in Orlando that had to
9   be brought in because of...
10       Q     **Mr. Cham...**
11       A     No.  He was an attorney brought in, along with
12  Chester Trow, to bring forward in the case of...
13       Q     **The mini storage case.**
14       A     The mini storage.
15             Because of the original operating agreement.
16       Q     **Do you owe Chester Trow any money?**
17       A     I do.
18       Q     **How much money do you owe him; do you remember?**
19       A     Probably a couple thousand dollars because he's
20  been trying to get Lori to turn in her finances.
21             THE COURT:   Sir, we don't need to know why, okay.
22  BY MS. GORDON:
23       Q     **Can you afford to pay $24,000 right now that is**
24  **being asked for?**
25       A     I can't.

1     Q     Okay. Is there anywhere you can go to get that
2  money?
3     A     No.
4     Q     Okay.
5     A     Everything I have is maxed out.
6     Q     You don't have an American Express card that we
7  don't know about?
8     A     No. I have the money to pay Lori to catch her up.
9     Q     How is your credit now in terms of getting a
10 mortgage to pay for something?
11    A     The house -- my mother's house is maxed out on
12 mortgage that I used to fight for my daughter. And the
13 house is in Lori's name so I can't borrow money on the
14 house.
15    Q     Okay. So you have no avenues of getting your hand
16 on some cash.
17    A     That's right.
18          MS. GORDON: Okay. I have nothing further.
19          THE COURT: Do you have anymore questions for him?
20          MR. SHELNUTT: No, ma'am. Just argument.
21          If I could see the financial affidavit that he
22    filed at the appropriate time. I don't have any other
23    questions for Dr. Overcash.
24          MS. GORDON: You want to see this, the old one?
25          MR. SHELNUTT: Yeah. Judge, in 32 and a half

1  years, this may be the most ridiculous attempt at an
2  excuse for not being able to pay attorney's fees. He
3  gets $150,000 a year; he gets $12,667.21 per year.
4  That's just disability.
5       THE COURT: You mean per month.
6       MR. SHELNUTT: Per month. I'm sorry.
7       He says he is employed by Surgical Associates of
8  Marion County and that he is a doctor. None of these
9  expenses that he's talked about is on his financial
10 affidavit. He owes everybody, God forbid, a world of
11 money, but he's got two lawyers here to represent him.
12 He's got -- and I would ask that you look at this
13 financial affidavit -- two homes, Midway Storage, a
14 2012 VW Passat, a Silverado, an S10, a Smart car, a
15 Malibu boat, to Sea-Dos, a pontoon boat which he says
16 he got rid of.
17      Judge, he historically has always paid whatever it
18 is he wanted to pay for. The law is need and ability
19 to pay. The law says that if you have two and a half
20 times a difference in income, that is a substantial
21 disparity. You can look at the history of the
22 litigation.
23      There's a case called Martin vs. Martin, First
24 District Court of Appeals case, says specifically that
25 that kind of disparity requires the Court to pay all

1   the fees, not just part of the fees. And, Judge, where
2   we are at this point is he is paying what he wants when
3   he wants. We cannot litigate on the same footing with
4   Dr. Overcash. Even if you don't include Midway Storage
5   and his medical practice. He wants to talk about her
6   being under employed, he's a doctor but he's not
7   working. He says he's making nothing from the medical
8   practice. But his license is current.
9        Judge, we've tried to do it the right way. If it
10  was a defense that you had a bunch of bills to pay,
11  then everybody out there would go buy a house and a
12  bass boat and say, Gee, I can't pay my ex-wife, I have
13  too many bills to pay. And that's not the law, Your
14  Honor.
15       The law is need and ability to pay, disparity of
16  income, and the history of the litigation. Those three
17  cases: Rosen Goldenstein, which is found out 90 So.3d
18  970 -- I'll be glad to leave all of these cases with
19  you, if you're not prepared to rule.
20       But I think it's an easy call. We need to get
21  attorney's fees. He didn't bring anything with him to
22  court, nothing. He is the most disingenuous witness
23  that I'll bet has ever been in front of Your Honor. He
24  doesn't remember numbers for me but he remembers almost
25  to the penny what he owes on his credit cards and all

1  these other things.
2  So, you know, please, we're entitled to attorney's
3  fees and ask -- and he owes Ms. Foultz $4,100 in back
4  payments for equitable distribution.
5  So that's where we are, Your Honor.
6  THE COURT: Yeah, go ahead.
7  MS. GORDON: Consistent with Rosen vs. Rosen, need
8  and ability to pay are very important. Counsel is very
9  flippant as to Dr. Overcash's ability to talk about
10 numbers.
11 I would submit to the Court, no one undergoes
12 brain surgery for a tumor -- it's not funny Ms. Over-
13 -- I mean, you know, when people laugh about that it
14 really kind of tugs my heartstrings because I don't
15 think a surgeon at the top of his game...
16 THE COURT: I'm sorry. I didn't -- she laughed?
17 MS. GORDON: Yes, she did.
18 THE COURT: I didn't see that.
19 MS. GORDON: She laughed.
20 THE COURT: She should not have done that.
21 MS. GORDON: No. It happens every time, Your
22 Honor. So for me, forgive me...
23 THE COURT: Well, I mean, I've watched your client
24 for the last four hours, as well, so -- let's move on
25 here.

1   MS. GORDON: The problem is, we have a surgeon
2   here who is at the top of his game -- I know how they
3   are, my dad was a surgeon. They want to do stuff and
4   they can't accept the fact that they can't work
5   anymore. Now, would you want to be operated on by a
6   surgeon who had brain surgery himself? He, very
7   wisely, I believe, took -- chose to go with his
8   disability policy, okay. Can he still practice
9   medicine? At a later date, quite possibly -- probably
10  can. All right. But right now he's no longer doing
11  surgery. There's nothing funny about that.
12      Yeah, he's getting $12,000, but they look at him
13  all the time: Can you now do it? Are you going to do
14  it next month? We don't want to pay this 12,000 a
15  month anymore.
16      So we have a guy who was spread very thin in the
17  county of Marion, to begin with, as a young surgeon.
18  Big house, lake house, mamma's house with ten acres and
19  horses, daughter riding horses. And then guess what,
20  you have a brain tumor. You have to go to Duke or
21  Carolina and have that, you know -- and thinking he was
22  going to die. So, you know, those are very real
23  issues.
24      So, yes, you know, are you going to sell the
25  horse, are you going to do these things? Well, quite