# Exhibit C:
# Subpoena to Marla McNeil
# Served Friday 22 November 2013
# Simultaneous with
# Arrest for Contempt of
# William Todd Overcash, M.D.

IN THE CIRCUIT COURT, FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

IN RE: The Former Marriage of:

CASE NO.: 2002-4655-DR-FJ

WILLIAM T. OVERCASH,
    Former Husband,

and

LORI A. FOULTZ,
    Former Wife.
_____/

## NOTICE OF ISSUANCE OF SUBPOENA

COMES NOW, the Former Wife, LORI A. FOULTZ, by and through her undersigned attorney and hereby gives notice that a Subpoena was issued for the following individuals:

| WITNESS | DATE OF ISSUE | DATE AND TIME OF APPEARANCE |
|---|---|---|
| Marla Marie McNeal | November 20, 2013 | December 12, 2013, at 3:00 p.m. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email delivery to Robert E. Taylor, Jr., Esquire, robert@rtaylorlaw.com and sonja@rtaylorlaw.com, this ____ day of November, 2013.

*MARK D. SHELNUTT, P.A.*

By: _____
Mark D. Shelnutt, Esquire
Florida Bar No.: 304042
Rebecca A. Guthrie
Florida Bar No.: 0030028
1404 East Silver Springs Blvd.
Ocala, Florida 34470
Telephone: (352) 629-6203
Facsimile: (352) 401-9485
mshelnutt@shelnuttpa.com
skoerner@shelnuttpa.com
Attorneys for the Former Wife

| | | | | |
|---|---|---|---|---|
| Agency OPD   Ocala Police Department | | Incident # 2013002I4661 | | Case # |
| CALL FOR SERVICE | | | | |
| Activity 54R   Citizen Assist | Priority 2   Routine | | Common Place | Shelnutt, Mark D PA |
| LOCATION | | COMPLAINANT | | |
| City   Ocala | | | | Type |
| Loc   1404 E Silver Springs Blvd | | ADDRESS | | |
| Apt#         Cnty | | | | |
| Route  Beat  Fire  EMS  Zone | | City | | State  FL |
| Z12   D2            G128 | | Zip   34470  Tel | | |

| | | | | |
|---|---|---|---|---|
| Dspchr   2913NC   Casillas, Nancy | Rept   11/19/13  11:20 | | Shift 1  0700-1900 | |
| By        1881KA   Andersen, Kelly | How | | Dispo 07  NRR | |

FINAL DISPOSITION/ACTIVITIES
Dispo       07   NRR
Activity    00324
Reports                          Arrests

---

## PERSON

Suffix         Name                              Type
Sex            Race            DOB              Age
Height                         Weight
Address                                         Telephone
Address                                         Telephone
Cloth
Street/Dir
Other

---

## VEHICLE

Suffix         Plate           State   Make/Model
Year           Color                   Occupants
Description
Street/Dir
Other
VIN

Transport
                                                Suffix

Unit           Miles           Start   End              Tot
Patient                                Type             Sex
Reason                                 Care

Blotter

Log

| Date/Time | Officer Id | | Log Entry |
|---|---|---|---|
| 11/19/2013  11:20:5 | 1881ka | Andersen, Kelly | need sgt to call compl |
| 11/19/2013  11:21:0 | 1881ka | Andersen, Kelly | subj out front picketing busn on sidewalk |
| 11/19/2013  11:21:2 | 1881ka | Andersen, Kelly | possibly in violation of court order / restraining order |
| 11/19/2013  11:21:4 | 1881ka | Andersen, Kelly | requesting consensual encouter with pd present |
| 11/19/2013  11:21:5 | 1881ka | Andersen, Kelly | px sgt cuppy in lobby for futher information |
| 11/19/2013  11:40:1 | 2913nc | Casillas, Nancy | adv s9 ref pending |
| 11/19/2013  11:59:2 | 2356SF | Fernland, Sandra | Incident Closed by MDT |

Page    1

# CALL FOR SERVICE

11/27/2013

| Agency | OPD | Ocala Police Department | | | Incident # | 201300214661 | Case # | |
|---|---|---|---|---|---|---|---|---|
| TimeChanged | | Dispatcher | Agency | UnitID | Status | Officer1 | Officer2 | Officer3 |
| 11/19/2013 11:40:58 | | 2913nc | OPD | S9 | W Dispatch | 2356SF | | |
| 11/19/2013 11:40:59 | | 2913nc | OPD | S9 | 2 Enroute | 2356SF | | |
| 11/19/2013 11:41:05 | | 2913nc | OPD | S9 | 3 Scene | 2356SF | | |
| 11/19/2013 11:41:12 | | 2913nc | OPD | S9 | O At PD | 2356SF | | |
| 11/19/2013 11:59:26 | | 2356SF | OPD | S9 | 1 Avail | 2356SF | | |

10

## Arrest Affidavit / First Appearance Form

| Field | Value | Field | Value |
|---|---|---|---|
| OBTS Number: | 4201210649 | Agency ORI: | FL0420000 |
| Court Case Number: | 2011-304-CA-G | Arrest Code: WARRANT | Agency Case Number: 13033009 |
| Name (LFM): | OVERCASH, WILLIAM | DOB: 02/18/1961  M  W  508  172  BRO  BLU | |

| Mailing Address: | Scars Marks Tattoos: |
|---|---|
| 14311 SE 128 ST   OCKLAWAHA, FL 32179 | SCAR |
| Street Address: | Phone: 821-8819   POB: , NC |
| 14311 SE 128 ST   OCKLAWAHA, FL 32179 | Alias: |
| POE: | POE Phone:   SSN: ████ |
|  | Occupation: DISABLED |
|  | Veh Towed By:   Veh Held: |
| DL Number: 0152-938-61-058-0   DL ST: FL | Veh Hold Agency: |
| Arrest Suffix: 01 | Arrest Date: 11/22/2013   Arrest Time: 1731 |
| Arrest Location: 13800 BLK OF SE 124TH PL | Citizen: US   Residence: Y |

### CHARGES

| Description | GOC | WAR | DOM | Counts | Activity | Type | NCIC | CIS | Statute | Bond Amount | Bond Sched |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTEMPT OF COURT-CONTEMPT OF COURT WARRANT: CIVIL WRIT OF BODILY ATTACHMENT | | N | N | 1 | N | N | 5005 | | 900.04 | | |

Indication of:
Alcohol: N   Drug: N   Weapons Seized: N   Weapon:       Juvenile Disposition:

| Jail Log: (To be completed by booking officer) | Jail Inmate #: |
|---|---|
| Date Booked: 11/22/13   Time Booked: 2150   Booking Officer: 440   Fingerprinted by: 5201 | |
| Photographed by: 5201   Bin Number:   Advised of Rights By: Birkett | |
| Check for Warrants: ☐ NCIC  ☐ FCIC  ☐ Local   Holds: ☐ Yes ☐ No   Agency of Hold: | |
| Attorney (if known):   Religion: Christian   Marital Status: ☒ S ☐ M ☐ D ☐ Sep | |
| Telephone call logged: Time     AM    PM   #( ) | |
| Next of Kin: Tim   Relation:   Relation Phone: 288-0012 | |
| Relation Address: | |
| Bond Date:   Returnable Court Date:   Returnable Court Time:   Release Date: | |
| Release Time:   Releasing Officer:   Bond, Charge A:   Charge B: | |
| Charge C:   Charge D:   Charge E:   Bond Type: ☐ ROR ☐ Surety ☐ Cash | |
| Name Address of Bondsman:   ☐ Ball Bond ☐ Cert ☐ Other | |

Approving Officer Signature:     USgt Birkett #440

**ORIGINAL**

| Arrest Code: | WARRANT | Court Case Number: | 2011-304-CA-G | Agency Case Number: | 13033009 |
|---|---|---|---|---|---|
| Defendant Name: | OVERCASH, WILLIAM | | | DOB: | 02/18/1961 |

**PROBABLE CAUSE AFFIDAVIT:**
(Specify probable cause for each charge)

Before me, the undersigned authority personally appeared __JASON CLARK (5519)__

who being duly sworn, alleges, on information and belief, that on the 22 day of __November 2013__

in Marion County, Florida the defendant did:

BECOME ARRESTED PER MARION COUNTY WARRANT 2011-304-CA-G FOR CIVIL WRIT OF ATTACHMENT. NO BOND. SERVED BY JUDGE SINGBUSH. NOTICE OF EXECUTION PERFORMED BY C. DUNLAP 733.

SWORN to and SUBSCRIBED before me

this 22 day of __November 2013__

_____ 5511
Notary Public - Certified Officer
(circle one)

_____
AFFIANT
MARION COUNTY SHERIFF OFFICE
Arresting Agency

SEAL _____

ORIGINAL