# Exhibit D: Miscellaneous November 2013 Contempt Notices Served by Mark D. Shelnutt

IN THE CIRCUIT COURT, FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

WILLIAM TODD OVERCASH,

    Plaintiff,

vs.                                                       CASE NO.: 2011-304-CA-G

LORI ANN FOULTZ,
f/k/a/ LORI ANN OVERCASH,

    Defendant.
_____/

## WRIT OF BODILY ATTACHMENT

**TO ALL AND SINGULAR SHERIFFS AND OTHER AUTHORIZED LAW ENFORCEMENT PERSONNEL OF THE STATE OF FLORIDA**

YOU ARE ORDERED TO TAKE INTO CUSTODY:     **WILLIAM TODD OVERCASH** (see attached Description Sheet) and confine him in the county jail. The individual failed to comply with the previous order of the court which is attached and incorporated herein.

**Service of this writ may be made on any day of the week and any time of the night or day, including Sundays and holidays.**

YOU ARE FURTHER DIRECTED to bring this person before the court within 24 hours of execution of the writ for a hearing to determine the individual's purge requirements and ability to pay any such purge and, if so, whether the failure to pay such amount is willful.

NOTICE OF EXECUTION OF THIS WRIT SHALL IMMEDIATELY BE GIVEN TO THE FOLLOWING:

1.     Office of the Honorable Jack Singbush.
2.     Plaintiff, William Todd Overcash
3.     Mark D. Shelnutt, Counsel for the Defendant

The Court previously found in this proceeding that the individual had the ability to pay said sum. The Sheriff, or other authorize law enforcement personnel, executing this writ or having custody of the individual is authorized to assess and collect the actual costs associated with the service of this writ and transportation if the individual pursuant to Section 61.11(2)(a), *Florida Statutes*.

The Sheriff of Marion County, Florida shall immediately inform the individual named below upon the Plaintiff, WILLIAM TODD OVERCASH, being taken into custody:

49

The Law Office of Mark D. Shelnutt, P.A.
1404 East Silver Springs Blvd.
Ocala, FL 34470
Phone: 352-629-6203

**THIS ORDER SUPERSEDES ALL PRIOR CONFLICTING ORDERS.**

**DONE AND ORDERED** in Marion County, Florida, this 22nd day of November, 2013.

JACK SINGBUSH
CIRCUIT COURT JUDGE

Copies furnished to:

Attorney for the Defendant, Mark D. Shelnutt, 1404 E. Silver Springs Blvd., Ocala, FL 34470

## DESCRIPTION SHEET

NAME:        WILLIAM TODD OVERCASH

DOB:         2-18-61

ADDRESS:     14311 SE 128TH STREET, OCKLAWAHA, FL 32606

SS#:         ███████

GENDER:      MALE

RACE:        WHITE

HEIGHT:      5'7"

WEIGHT:      160

EYE COLOR:   HAZEL

HAIR:        LIGHT BROWN, SHORT

IN THE CIRCUIT COURT, FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

WILLIAM TODD OVERCASH,

    Plaintiff,

vs.                                CASE NO.: 2011-304-CA-G

LORI ANN FOULTZ,
f/k/a/ LORI ANN OVERCASH,

    Defendant.
_____/

## COURT'S RULING ON AMENDED ORDER TO SHOW CAUSE

THIS CAUSE, having come before this Court on October 14, 2013, upon on the Defendant's Motion for Order to Show Cause, and the Court having entered an Amended Order to Show Cause, requiring the Plaintiff in Execution, WILLIAM TODD OVERCASH, to appear before this Court, and the Court having reviewed the file, having heard arguments of counsel for Defendant, and being otherwise duly advised in the premises, it is therefore

**ORDERED AND ADJUDGED:**

1. The Plaintiff, WILLIAM TODD OVERCASH, shall have until November 20, 2013, to comply with the following:

    a.    Contact the Law Office of Mark D. Shelnutt, P.A., located at 1404 East Silver Springs Blvd., Ocala, Florida 34470, telephone number (352) 629-6203, within a reasonable period of time to schedule a date and time for his Deposition in Aid of Execution, and to bring with him all of the documents he was to bring with him previously. A copy of the required documents is attached hereto as Exhibit "A".

    b.    To provide a completed Fact Information Sheet, attached hereto as Exhibit "B" to this Order.

c. The Defendant is to appear at the office of Mark D. Shelnutt, Esquire, a scheduled date and time between now and November 20, 2013, that is agreed upon between the parties, **and bring with him all the documents, and the sum of $1,330.00**, which represents attorney's fees in the amount of $870.00, for 2.9 hours for attorney time, for the reviewing of all documents in the setting of the depositions, time set aside for appearing at the deposition, dictating and proofing of the motion of an order to show cause and order to show cause, attending the hearing, and preparation of this order, and paralegal fee in the amount of $230.00, for 2.3 hours of paralegal, for the drafting of documents associated with the deposition, drafting of all documents associated with the motion and order to show cause, setting of the deposition and hearing, and drafting of the order for this hearing, and Court Reporter fees in the amount of $140.00, for the time for the deposition and for time this hearing, and service of process fees in the amount of $90.00, for the service of the subpoena for deposition and the service of the amended order to show cause.

2. Upon affidavit from the Counsel for the Defendant or Counsel for the Defendant that the Plaintiff has not complied with the terms of this Order, the Court will issue a writ of bodily attachment for the Plaintiff, WILLIAM TODD OVERCASH, to be held until he shows proof of compliance with all the Ordered conditions.

DONE AND ORDERED in Chambers at Ocala, Marion County, Florida, this 24 day of October, 2013.

JACK SINGBUSH
Circuit Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a conformed copy of the foregoing instrument was furnished by U.S. Mail this 24th day of October, 2013, to Mark D. Shelnutt, Esquire, 1404 East Silver Springs Blvd., Ocala, Florida 34470 and William Todd Overcash, 14311 SE 128th Street, Ocklawaha, Florida 32179.

_____
Judicial Assistant

IN THE COUNTY COURT, FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

WILLIAM TODD OVERCASH,

    Plaintiff,

v.

CASE NO.: 2011-0304-CA-G

LORI ANN FOULTZ,
f/k/a LORI ANN OVERCASH,

    Defendant.
_____/

## SUBPOENA DUCES TECUM FOR DEPOSITION

THE STATE OF FLORIDA

TO: WILLIAM TODD OVERCASH
14311 SE 128TH STREET
OCKLAWAHA, FL 32179

YOU ARE COMMANDED to appear before a person authorized by law to take depositions at the Law Office of Mark D. Shelnutt, P.A., 1404 East Silver Springs Blvd., Ocala, Florida 34470, on July 26, 2013, at 8:00 a.m., for the purpose of taking your deposition in this action and you are to have with you at that time and place the following:

SEE ATTACHED EXHIBIT "A"

If you fail to appear, you may be in Contempt of Court. You are subpoenaed to appear by the following attorneys and unless excused from this Subpoena by these attorneys or the Court, you shall respond to this Subpoena as directed.

DATED this 14th day of June, 2013.

MARK D. SHELNUTT, P.A.

By_____
Mark D. Shelnutt, Esquire
Florida Bar No.: 304042
Rebecca A. Guthrie, Esquire
Florida Bar No.: 0030028
1404 East Silver Springs Blvd.
Ocala, Florida 34470
Telephone: (352) 629-6203
Facsimile: (352) 401-9485
mshelnutt@shelnuttpa.com
skoerner@shelnuttpa.com
Attorney for the Defendant



IN THE COUNTY COURT, FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

WILLIAM TODD OVERCASH,

    Plaintiff,

v.

CASE NO.: 2011-0304-CA-G

LORI ANN FOULTZ,
f/k/a LORI ANN OVERCASH,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION IN AID OF EXECUTION
## (DUCES TECUM)

TO: WILLIAM TODD OVERCASH
14311 SE 128TH STREET
OCKLAWAHA, FL 32179

PLEASE TAKE NOTICE that on July 26, 2013, at 8:00 a.m., at the Law Office of Mark D. Shelnutt, Esquire, 1404 East Silver Springs Blvd., Ocala, Florida, counsel for the Defendant will take the deposition of the Plaintiff, WILLIAM TODD OVERCASH upon oral examination before CAB Reporting, Court Reporters, or a Notary Public, in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions, and you must bring with you at that time and place the following:

1. Copies of the federal and state income tax returns filed by you, together with accompanying work sheets including W-2 forms, copies of federal and state income tax returns and profit and loss statements for any and all corporations, joint ventures, partnerships or other corporate or business associations in which you held an interest during the past three (3) years and up to the date of this deposition.

2. All records indicating any and all income received by you from any and all sources for the last three (3) years and up to the date of this deposition.

Page 1 of 6

EXHIBIT A

3. All employment information, including without limitation, wages, salaries, bonuses, stock options, commission earnings, income, employment contracts, pay raises, promotions, payroll deductions, other deductions of any kind, credit union accounts, pension plan, pension fund, retirement plan, retirement fund, stock plan, and stock fund and other benefits or deductions of any kind which are, were previously or which may be in the future paid, available, accepted, rejected, credited, offered, withheld for any purposes by and individual, agency, department, company or otherwise, or to which you are, were or may become entitled at anytime in the future, which you now have or which have accrued to you during the past three (3) years and up to the date of this deposition.

4. Records that relate to any secured or unsecured personal loan made to you during the last three (3) years before the date of this deposition, whether from a member of your family, a banking institution or any individual or entity.

5. All savings accounts, credit union or other passbooks of yours, including those held by you in your name or in your name jointly with any person or entity, or in your name as trustee for any other person, during the last three (3) years and up to the date of this deposition.

6. All checking accounts in your name individually, with another, as trustee or guardian, or in which you may have an interest, including checkbooks or check registers, deposit slips, monthly statements and canceled checks (regardless of whether or not the account or accounts have been closed) for the last three (3) years and up to the date of this deposition.

7. All records pertaining to real estate which you have acquired or may acquire an interest, including any leases or mortgages relating thereto (including monthly payments and present outstanding balance of principal and interest) together with any evidence showing all contributions in cash or otherwise made by you to the acquisitions or such real estate, for the last three (3) years and up to the date of this deposition.

8. Copies of all sales agreements and/or options for any real estate owned by you and those held by you in your name or in your name jointly with any other person or in your name in trust or in your name as guardian for any other person, for the last three (3) years and up to the date of this deposition.

9. Copies of any and all brokerage account statements or securities owned by you individually, jointly with any person or entity, or as trustee, guardian or custodian for the last three (3) years up to the date of this deposition.

10. All records pertaining to the acquisition, transfer and sale of all securities during the last three (3) years and up to the date of this deposition, such records to include any

and all information relative to gains or losses realized from transactions involving such securities.

11. Copies of any and all securities and investments owned by you and not reflected in any brokerage account records or statements, for the last three (3) years up to the date of this deposition.

12. All records indicating all interests of any kind held by you in any and all corporations (foreign and domestic) or any other entities not evidenced by certificates or other instruments, for the last three (3) years up to the date of this deposition.

13. All records pertaining to stock options in any corporation or other entity, exercised or not yet exercised, for the last three (3) years up to the date of this deposition.

14. Copies of all mortgages, notes receivable or other evidence of debts due you individually or otherwise, executed or payable for the last three (3) years and up to the date of this deposition.

15. All records of all estates of decedents from which benefits have been received, are being received or will be received by you, whether such trusts are revocable or irrevocable, for the last three (3) years up to the date of this deposition.

16. All records of all estates of decedents from which you have received, are receiving or will receive any inheritance in either personal property, real property, assets, in trust or otherwise, or monetary assets, for the last three (3) years up to the date of this deposition.

17. Copies of all financial statements, balance sheets and income statements received by you with respect to any and all proprietorships, joint ventures, partnerships, realty trusts, corporations or other legal entities in which you hold a legal or equitable ownership interest, individually or otherwise, during the last three (3) years and up to the date of this deposition.

18. Copies of all partnership and/or joint venture agreements in which you are a party, for the last three (3) years up to the date of this deposition..

19. Copies of declarations of trusts and minute books from all trusts to which you are a party, for the last three (3) years up to the date of this deposition..

20. Copies of all corporate records (articles of incorporation, by-laws and minute books) for every corporation in which you have a legal or equitable ownership interest, for the last three (3) years up to the date of this deposition..

21. All books and records for the last three (3) years and up to the date of this deposition, showing any fringe benefits available to you from any business entity, in which you have a legal or equitable ownership interest, including without limitation, auto expenses, travel expenses, personal living and entertainment expenses, life insurance, bonuses, health, accident and hospitalization insurance.

22. All records and statements pertaining to any interest which you may have in any pension, retirement or profit-sharing plans, including copies of the plan, for the last three (3) years up to the date of this deposition.

23. Copies of all loan applications and statements of loan accounts for all loans applied for and/by you, whether or not taken or approved, during the last three (3) years and up to the date of this deposition.

24. Copies of any and all personal financial statements prepared by you, an accountant or any other person for you or for any business in which you have or had an interest during the last three (3) years and up to the date of this deposition.

25. All credit cards and charge accounts held by you and all statements and receipts received by you in connection with the use of such credit cards and charge accounts during the last three (3) years and up to the date of this deposition.

26. Any and all records pertaining to or being evidence of any current outstanding indebtedness, including any suits now pending or previously pending in any court whatsoever and all cases resolved without litigation or presently being negotiated, for the last three (3) years up to the date of this deposition.

27. Any and all documents, memorandum or writing relating to any interest you may have in real estate, whether as owner, co-owner, fiduciary, trust beneficiary (vested or contingent), partner, limited partner, shareholder, joint venturer, mortgagee, developer, manager or otherwise, for the last three (3) years up to the date of this deposition.

28. Copies of all trusts in which you may have a present or contingent interest, including the certificates, if any, indicating such interest, together with copies of all statements, receipts, disbursements, investment and other transactions during the last three (3) years and up to the date of this deposition.

29. Copies of all real estate mortgages held by your or by any entity (including but not limited to realty trust, partnerships or corporations) in which you have or had a present or contingent interest during the last three (3) years and up to the date of this deposition.

30. Life insurance policies or certificates of life insurance currently in existence insuring the life of any other person in which you are an owner or are named as either primary or contingent beneficiary, for the last three (3) years up to the date of this deposition.

31. All credit cards and charge accounts held by you and all statements and receipts received by you in connection with the use of such credit cards and charge accounts during the last three (3) years and up to the date of this deposition, together with a list of all businesses where you are authorized to charge purchases to the account of another person or entity.

32. A list of all household furniture, furnishings and antiques currently owned by you individually or jointly with any other person or entity, or which you have disposed of; such list to include the purchase price of such item, the source of the funds used to purchase each item, and the current fair market value of each item. If not appraisal figures are available, include your opinion of the fair market value, for the last three (3) years up to the date of this deposition.

33. All registrations to motor vehicles currently being used by you or which you disposed of, for the last three (3) years up to the date of this deposition.

34. All records pertaining to the transfer by sale or gift or otherwise of any personal property by you during the last three (3) years and up to the date of this deposition.

35. All records pertaining to gifts of any kind made by you to any person, firm, trust, corporation or other entity during the last three (3) years and up to the date of this deposition.

36. A list of all gifts received by you from any person or entity of a cost or value in excess of $300.00, including the amount and date of each such gift, from the period covering the last three (3) years and up to the date of this deposition.

37. All ledgers, books, accounts, cash receipt journals, accounts receivable, accounts payable and all other accounts kept or maintained by you (or under your supervision or direction) in connection with any business or businesses which you own or may have an interest in during the last three (3) years and up to the date of this deposition.

38. Any and all books, receipts, records, checks or other tangible evidence of charitable donations made by you or on your behalf during the last three (3) years and up to the date of this deposition.

39. All employment records pertaining to persons employed by you during the last three (3) years and up to the date of this deposition, including without limitation the names and addresses of such employees, the amount paid to each employee, the date of each payment and the nature of the services performed by each employee.

40. A list of the names and addresses of any and all proposed witnesses, and certified copies of all written reports rendered to you or your attorney by any such proposed expert witnesses.

41. Copies of any and all wills of a decedent and/or trust wherein you are named as a beneficiary, and/or wherein you are named as trustee and/or executor, including but not limited to the wills and/or trusts of your parents and/or close relatives, where the people are deceased and the probate of the estate is not complete and the estate is not closed, for the last three (3) years up to the date of this deposition.

42. All records pertaining to any account or accounts of every kind and nature whatsoever, including certificates of deposit, in which you have deposited or withdrawn funds or incurred debts or credits, during the last three (3) years and up to the date of this deposition.

43. Copies of all records of all transactions involving assets of any king, including without limitation, stocks, bonds, real and personal property of whatever nature and kind and wheresoever situated, held by others for your benefit during the last three (3) years and up to the date of this deposition.

The deposition is being taken for the purposes of discovery for use at trial, or for such other purpose as are permitted under the applicable and governing rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the appropriate Certified Process Server for service upon the Plaintiff this 14th day of June 2013.

*MARK D. SHELNUTT. P.A.*

By_____
Mark D. Shelnutt, Esquire
Florida Bar No.: 304042
Rebecca A. Guthrie, Esquire
Florida Bar No.: 0030028
1404 East Silver Springs Blvd.
Ocala, Florida 34470
Telephone: (352) 629-6203
Facsimile: (352) 401-9485
mshelnutt@shelnuttpa.com
skoerner@shelnuttpa.com

cc: CAB Reporting

# EXHIBIT "B"

## FACT INFORMATION SHEET

Full Legal Name: _____
Nickname or Aliases: _____
Residence Address: _____
Mailing Address (if different): _____
Telephone Numbers: (Home) _____
(Business) _____
Name of Employer: _____
Address of Employer: _____
Position or Job Description: _____
Rate of Pay: $_____ per _____
Average pay check $_____ per _____
Average Commissions or Bonuses: $_____ per _____
Commissions or bonuses are based on _____
Other Personal Income: $_____ from _____
(Explain details on the back of this sheet or an additional sheet if necessary)

Social Security Number: _____ Birthdate: _____
Driver's License Number: _____
Marital Status: _____ Spouse's Name: _____
Spouse's Address (if different): _____
Spouse's Social Security Number: _____ Birthdate: _____
Spouse's Employer: _____
Spouse's Average Paycheck or Income $_____ per _____
Other Family Income: $_____ per _____ (Explain details on back of this sheet or an additional sheet if necessary.)

Names and Ages of All Your Children (and addresses if not living with you): _____
_____
_____
_____

Child Support or Alimony Paid $_____ Per _____

Names of Others You Live With: _____
Who is Head of Your Household? ____ You ____ Spouse ____ Other Person

Checking Account at:_____
Account #:_____
Savings Account at:_____
Account #:_____
(Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or an additional sheet if necessary.)

For Real Estate (land) You Own or Are Buying:
Address:_____
All Names on Title:_____
Mortgage Owed to:_____
Balance Owed:_____
Monthly Payment: $_____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:
Year/Make/Model:_____
Color:_____ Vehicle ID#:_____
Tag No:_____ Mileage:_____
Names on Title:_____
Present Value: $_____
Loan Owed to: _____
Balance on Loan: $_____
Monthly Payment: $_____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)_____
_____
_____

Have you given, sold, loaned, or transferred any real or personal property worth more than $100.00 to any person in the last year? If your answer is "yes", describe the property and sale price, and give the name and address of the person who received the property.

Does anyone ow you money? Amount Owed: $_____
Name and Address of Person Owing Money:_____
_____

Reason money is owed:_____

Please attach copies of the following:

    a. your last pay stub
    b. your last 3 statements for each bank, savings, credit union, or other financial account.

c. your motor vehicle registrations and titles.
d. any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was acknowledged before me on _____, by _____, who is personally known to me or has produced _____ as identification and who did/did not take an oath.

WITNESS my hand and official seal, on this _____ day of _____, 2013.

_____
Notary Public

State of Florida
My Commission Expires: _____

MAIL OR DELIVER THIS FORM TO THE CLERK OF THE COURT, AND MAIL OR DELIVER A COPY OF THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE CREDITOR'S ATTORNEY.