# Exhibit E:
# Defendant William Todd Overcash's Curriculum Vitae

Curriculum Vitae

Wm. Todd Overcash, MD

Address: 14311 SE 128th St
Ocklawaha, Fl 32179

Telephone: Cell: 352-812-8819 (preferred)
Home 352-288-0330

Email: woverc7507@aol.com

Place of Birth: Albemarle, NC

Medical License: Florida
North Carolina

Certification: American Board of Surgery: General Surgery

Society Memberships:
Florida Medical Association
North Carolina Medical Association
Marion County Medical Society
SAGES
Florida Surgical Society
Society of Laparoscopic Surgeons
American Society of Bariatric Surgeons

Committees:
Previous Director of Bariatrics: MRMC is a Center of Excellence for Bariatric Surgery
Task Force for OR improvement
Liaison for Value Analysis Purchasing Dept.
Board of Directors Ambulatory Surgery Center
Director of Hernia Clinic of Central Florida
Physician Champion for Surgical Nurses and Dietary Dept.

Range of Practice Expertise: General Surgery
Vascular Surgery: Full Vascular Experience and certified to read non invasive vascular labs
Endoscopy: Full upper and Lower Endoscopy Certified
NOTES Surgery: Esophyx and Stomaphyx. I am a designated National Instructor on EsophyX and StomaphyX and have trained approximately 100 Surgeons from across the US.
Bariatric Surgery

Advanced Laparoscopic Surgery: Heller Myotomy, Nissen, Adrenal, Hernia (inguinal and incisional), Colon Resections, Toupe, Dor, Nephrectomy, RNY Gastric Bypass, and Gastric Tumor Resection. I am an advanced Laparoscopic Surgeon and have trained and helped many surgeons. I have done over 1200 laparoscopic hernias, Over 1000 anti-reflux procedures, 100 gastric tumors, 50 colon resections, 50 adrenals, etc.

Breast Surgery

Bariatric Sugary: Was done at request of the hospital to assist with developing the program, it is not my area of prime interest.

Terminal Patients and Care of those affected (in light that both of my parents have died of Lung Cancer and my constant contact with terminal patients)

Practice Experience: Senior and Managing partner of SAMC since 1994

Current Certifications:   ACLS, BLS, PALS, and plan to renew my ATLS this spring

Educational Background:

Albemarle Sr. High School:

| | |
|---|---|
| Honors: | Honor Society |
| | Math Team |
| | Yearbook Staff |
| | Chief of Photography |
| | Governor's School |
| | Outstanding Spanish Student |
| | Valedictorian |

NC State University: BS Zoology

| | |
|---|---|
| Honors: | Gamma Delta Society |
| | Dean's List |
| | Peer Advisor for Life Science Students |
| | Alpha Epsilon Delta Honor Society |
| | President of Alpha Epsilon Delta |
| | Vice President School of Ag-Life |
| | President of School of Ag-Life |
| | Member of Dean's Council |
| | President of Pre-Med/Dent Club |
| | Outstanding Pre-Med/Dent Student |
| | Chairman of Re-Organization Committee of "The Brain Plower" |
| | TA:  Comparative Anatomy |
| | Histology |
| | Cum Laude |
| | Counselor at summer camps for Autistic Children |

Research:     Transposons

Publication:  2 years ago I paper published on treatment of Gastric Fistulas post RNY via Transoral technique and I have 3 papers being submitted for publication: 1. Revision RNY, 2. Transoral Reflux Procedures in Patients with large Hiatal Hernias, 3. Reversal/treatment of Patients s/p Ileal/Jejunal Bypass Surgery

In approximately 2 weeks I am submitting papers on the following subjects:
1. Revision RNY Gastric Bypass as I have now done the most in the USA and have over 5 years of data
2. StomaphyX vs. StomaphyX with Small Revision in Revisional Bariatric Surgery
3. Treatment of patients who have previously had Ileo-Jejunal Bypass Surgery as requested by the Chairman of Bariatrics at Methodist Hospital Houston, Tx.
4.

In 2007, I was one of 5 surgeons taken to Europe to train and bring Esophyx to the USA to institute Trans-Oral Surgical Treatment of GERD.

I was one of the 6 US Physicians for a Revision RNY-GB course conducted at Methodist Hospital in Dallas, Tx in November of 2008
UNC Chapel Hill School of Medicine: 1984-1988

Post Graduate Training:

| | | | |
|---|---|---|---|
| PGY 1 General Surgery | University Hospital | Jacksonville, Fl | 1988-1989 |
| PGY 2 General Surgery | University Hospital | Jacksonville, FL | 1989-1990 |
| PGY3 General Surgery | University Hospital | Jacksonville, Fl | 1990-1991 |
| PGY4 General Surgery | Carolina's Medical Ctr | Charlotte, NC | 1991-1992 |
| PGY5 General Surgery | Carolina's Medical Ctr | Charlotte, NC | 1992-1993 |

Honors:     Outstanding Laparoscopic Resident 1992-1993

Research:   Percutaneous vs. Open Tracheotomy
            Laparoscopy in Penetrating Trauma

Fellowship: Plastic Surgery   St. Joseph's Medical Ctr.   Houston, TX   7/93-9/93
I left the fellowship to enter a Vascular/Cardiothoracic Fellowship at CMC; however, due to my Father's diagnosis of Lung Cancer, I did not enter the fellowship and elected to spend several months at his side.

I entered Private Practice in April 1994 in Ocala, Fl

Outside of Medicine I have a broad interest base which includes:

Water Activities:     Skiing, Jet Skis, Scuba, Fishing

Outdoor Activities:    Horses, yard work, being on a farm

I have extensive experience in setting protocols, cost containment, and scientifically based medical practice to achieve best practice outcomes.

Please feel free to contact me directly at any time at 352-812-8819 cell phone