# Exhibit F:
# Notice of $43,116.35 Attorney's Fees Enforcement Action (Served 4 December 2013)

Electronically Filed 12/03/2013 09:33:10 AM ET

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

IN RE: The Former Marriage of:

CASE NO.: 2002-4655 DR-FJ

WILLIAM TODD OVERCASH,
    Former Husband,

and

LORI ANN FOULTZ
f/k/a LORI ANN OVERCASH,
    Former Wife.
_____/

## NOTICE OF SPECIFIC RELIEF REQUESTED

COMES NOW, the Former Wife, LORI ANN FOULTZ, by and through her undersigned counsel, and files this her Notice of Specific Relief Requested as required by the Court's Standing Family Law Court Order and states:

1.   ATTORNEY'S FEES

The Former Wife is requesting that the Husband contribute to her attorney's fees in the sum of $43,116.35, which is currently owed to Counsel for the Former Wife as of the filing of this Notice of Specific Relief Requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email delivery to Robert E. Taylor, Jr., Esquire, robert@rtaylorlaw.com and sonja@rtaylorlaw.com, this 3rd day of December, 2013.

*MARK D. SHELNUTT, P.A.*

By_____
Mark D. Shelnutt, Esquire
Florida Bar No.: 304042
Rebecca A. Guthrie, Esquire
Florida Bar No.: 0030028
1404 East Silver Springs Blvd.
Ocala, Florida 34470
Telephone: (352) 629-6203
Facsimile: (352) 401-9485
mshelnutt@shelnuttpa.com
skoerner@shelnuttpa.com
Attorneys for the Former Wife