# Exhibit G:
# Physician Statement

Wm. Todd Overcash, MD

Position Statement of Medical License Issue

Wm. Todd Overcash, MD diagnosed with glioma of the left temporal lobe. He was monitored by counselor and neurosurgeon for any growth or effects.

In fall of 2007, Wm. Todd Overcash had to return a patient to the OR for post-operative bleeding. In the event, he explored the staple line and removed residual staple line material amounting of 1cm3.

Wm. Todd Overcash underwent brain surgery April 15, 2008 for resection of said mass. Final pathology proved that it was not a glioma.

The aftermath of the surgery left Wm. Todd Overcash labeled as an "altered" man and was found to have a deficit dealing with numbers in regards to his short term memory.

Wm. Todd Overcash returned to work on June 1, 2008 and was immediately judged as an altered physician due to past history of Orthopedic Surgeon that had suffered a Stroke.

A political conflict ensued and led to freezing of the merger between Wm. Todd Overcash and Munroe Regional Medical Center, though the agreement had been verbally agreed to just prior to his surgery. Upon return, per the agreement, MRMC had taken control of Dr. Overcash's staff, computers, web site, marketing, etc.

Wm. Todd Overcash, MD confronted his nurse over Prescription activity and MRMC demanded that he stand down as she was no longer his employee. Shortly thereafter, Wm. Todd Overcash did a complex case with instrument failure and did a report to the FDA. That same day, he passed said instruments to appropriate custody chain, however, he was required to exit the OR which was near completion and within protocol of the facility with the CRNFA and another Surgeon present. Upon return, he was told all incision sites closed. He then challenged the issue and discovered that the surgical specimen had not been retrieve and he had to return the patient to the OR to retrieve. He has since learned from a relieving RN, that she had pointed out that specimen count had not been done and was told to stop. She filed a complaint in the computer.

MRMC then reported, Wm. Todd Overcash to the Board of Medicine. No action was taken for over 2 years.

In the meantime, Wm. Todd Overcash was harassed and abused based on having had "Brain Surgery".

Wm. Todd Overcash left the facility and drew disability based on his Wrists that were secondary to severe bone damage from his performance of high tech minimally invasive surgery.

Wm. Todd Overcash attempted to assist a nearby hospital and immediately reported a physician to the police of the small community over Rx abuse to patients and had multiple patients terminated and trespassed from the facility.

Wm. Todd Overcash had the facility achieve appropriate certifications.

About this time is when Wm. Todd Overcash, MD reported a Circuit Judge for Doctor shopping and over supply of Class II medications.

The Board of Medicine then acted upon him over the specimen containment without complete evaluation and now has proceeded to attack him over Rx's for patients.  The report reflects that the patients were on the medications before he met the patients, that he reduce medications in most patients (6 patients) and that the patients remain on the same or great strength of Class II medications.

However, it is clear that his reporting of a Judge and the associated physicians and his "having had brain surgery" has labeled him a "bad physician".

Wm. Todd Overcash had limited funds and followed attorney advice, however, he has now been attacked to the point of bankruptcy by the courts using his love and dedication to his daughter as the method to bankrupt him, humiliate him, deny his disability, and to make him fail at paying fines or ability to defend false accusations.

All of this ties in with denial of his right to ADAAA guidelines and is discrimination and abuse of power due to his following his legal obligation to report patients that Doctor Shop for medications.

Please note that Wm. Todd Overcash, MD has worn wires for the Justice Department in investigating his colleagues for accused illegal activity.  Wm. Todd Overcash's dedication to God, Honor, Country which is in effect the commitment to Truth and Justice for all, has been denied to Wm. Todd Overcash due to his values instilled by dedicated parents, faith in God, and trust in the system.

We pray for intervention and full presentation of facts and evidence as there is clear violation of rights based upon his values and commitment to God, Family, Patients, Friends, and Citizens of the USA. Clearly violation of his ADAAA rights.