JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CIVIL COVER SHEET

5:13-CV-606-OC-22PRL

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
WILLIAM TODD OVERCASH ;
County of Residence: Marion County

**Defendant(s):**
First Listed Defendant:
LORI A FOULTZ ;
County of Residence: Flagler County

Additional Defendants(s):
MARK SHELNUTT ;
BARBARA GURROLA ;

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**
PRO SE (WILLIAM OVERCASH)

**Defendant's Attorney(s):**

, Alabama
Phone:
Fax:
Email:

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 28 U.S.C. 1443 AND RULES 11(B))2) AND 42 U.S.C. 12101 TITLE II OF THE AMERICAN WITH DISABILITIES ACT SECTION 504

**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands): 1000

Receipt # OCA-4309
$400

http://www.flmd.uscourts.gov/JS-44/cvcover.html          12/9/2013

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _[signature]_

**Date:** Dec. 10, 13

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.